**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JULY 22, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
| | |
|---|---|
| WD76178 | Craig D. Coward vs. State of Missouri |
| WD76307 | Carl E. Lesieur vs. State of Missouri |
| WD76688 | Chasity Lynn Payne vs. Stephen J. Pitts |
| WD76753 | Bobby Lee Ammon vs. Elsie Jean Ammon |
| WD77148 | Laveta Van norman vs. Treasurer of the State of Missouri-Custodian of the Second Injury Fund |
| WD77168 | In re the Matter of Vanden Colby Zwarts, a Minor Child by and through his Next Friend Brian Zwarts; Brian Zwarts vs. Emerald Witmer (N/K/A Borden) |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
| | |
|---|---|
| WD76506 | State of Missouri vs. Curtis M. Campbell |
| WD76718 | State of Missouri vs. William James Key |